# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL D. CRANE, <br><br> Defendant. | PO-19-05224-GF-JTJ <br><br> VIOLATION: <br> 7353062 <br> Location Code: M13 <br><br> ORDER |

Based upon the United States' motion to accept the defendant's payment of a $35 fine and $30 processing fee for violation 7353062 (for a total of $65), and for good cause shown,

IT IS ORDERED that the $65 fine ($35 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 7353062. IT IS FURTHER ORDERED that the initial appearance scheduled for December 5, 2019, is VACATED.

DATED this 3rd day of December, 2019.

/s/ John Johnston
John Johnston
United States Magistrate Judge